

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

May 10, 2023

**VIA ECF**

The Honorable Leda D. Wettre, U.S.M.J.
United States District Court
Martin Luther King Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut St., P.O. Box 999
Newark, New Jersey 07101

Re: *Corcept Therapeutics, Inc. v. Teva Pharm. USA, Inc.*, No. 18-3632 (consolidated)
    *Corcept Therapeutics, Inc. v. Teva Pharm. USA, Inc.*, No. 23-1505

Dear Judge Wettre:

This firm, together with Quinn Emanuel, represents plaintiff Corcept Therapeutics, Inc. ("Corcept") in the above-captioned matters. We write on behalf of all parties in accordance with Your Honor's May 3, 2023 Text Order directing the parties to submit a joint discovery plan (C.A. 23-1505, D.I. 28).

The parties believe the enclosed is consistent with Your Honor's Text Order and Chief Judge Bumb's April 24, 2023 Text Order in Civil Action No. 18-3632 directing the parties to (1) meet and confer as to what additional discovery is needed to have the newly filed Civil Action No. 23-1505 ready for trial, and to then (2) prepare an order for Your Honor's approval. To that end, the parties have continued to meet and confer regarding a stipulation that would streamline any remaining discovery, as well as the issues in both cases, and to jointly propose a schedule that would have the cases trial ready by the September 27, 2023 date set by Chief Judge Bumb.

Accordingly, enclosed is a stipulation and proposed case schedule, to which the parties have agreed, that consolidates these cases and streamlines the issues. The parties respectfully submit that entry of this stipulation will conserve judicial economy and reduce the costs and burdens of litigation on the Court and the parties, and is consistent with the Court's desire to avoid delaying resolution of Civil Action No. 18-3632 or conducting two trials.

If this meets with the Court's approval, we respectfully request that Your Honor sign and enter the stipulation on the respective dockets. We can be available at the Court's convenience if there are an issues Your Honor wishes to discuss with the parties.

One Riverfront Plaza, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973) 286-6700 ◆ Fax: (973) 286-6800

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

41571800.2

Hon Leda D. Wettre, U.S.M.J.
May 10, 2023
Page 2

    Thank you for Your Honor's kind attention to this matter.

                                                  Respectfully yours,

                                                  *William C. Baton*

                                                  William C. Baton

Enclosure

cc:      All counsel of record (via e-mail)

41571800.2

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CORCEPT THERAPEUTICS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**TEVA PHARMACEUTICALS USA, INC.,**<br><br>Defendant. | **Civil Action Nos. 18-3632 (RMB) LDW) (consolidated); 23-01505 (RMB)(LDW)**<br><br>*Filed Electronically* |

### STIPULATION REGARDING VALIDITY AND CONSOLIDATION

WHEREAS, on March 15, 2018, Plaintiff Corcept Therapeutics, Inc. ("Corcept") filed a complaint in *Corcept Therapeutics, Inc. v. Teva Pharmaceuticals USA, Inc.*, C.A. No. 18-3632 (D.N.J.) alleging that Defendant Teva Pharmaceuticals USA, Inc. ("Teva") infringed U.S. Patent No. 8,921,348 ("the '348 patent") and U.S. Patent No. 9,829,495 ("the '495 patent") by filing Abbreviated New Drug Application ("ANDA") No. 211436 seeking approval to engage in the commercial manufacture, use, sale, importation, or offer for sale of generic 300 mg mifepristone tablets;

WHEREAS, on July 6, 2018, Corcept amended its complaint to include allegations of infringement of U.S. Patent No. 9,943,526 ("the '526 patent");

WHEREAS, on February 8, 2019, Corcept filed a complaint in *Corcept Therapeutics, Inc. v. Teva Pharmaceuticals USA, Inc.*, C.A. No. 19-5066 (D.N.J.) alleging that Teva's filing of ANDA No. 211436 infringed U.S. Patent No. 10,166,242 ("the '242 patent"), U.S. Patent No. 10,166,243 ("the '243 patent"), and U.S. Patent No. 10,195,214 ("the '214 patent");

WHEREAS, on February 21, 2019, C.A. Nos. 18-3632 and 19-5066 were consolidated for all purposes, and C.A. No. 19-5066 was administratively terminated;

WHEREAS, on December 13, 2019, Corcept filed a complaint in *Corcept Therapeutics, Inc. v. Teva Pharmaceuticals USA, Inc.*, C.A. No. 19-21384 (D.N.J.) alleging that Teva's filing of ANDA No. 211436 infringed U.S. Patent No. 10,500,216 ("the '216 patent");

WHEREAS, on March 27, 2020, C.A. Nos. 18-3632 and 19-21384 were consolidated for all purposes, and C.A. No. 19-21384 was administratively terminated;

WHEREAS, Corcept is no longer asserting infringement of the '348, '495, '526, '242, and '243 patents in C.A. No. 18-3632, and therefore the only remaining patents in that consolidated action are the '214 and '216 patents;

WHEREAS, on March 17, 2023, Corcept filed a complaint in C.A. No. 23-1505 alleging that Teva's filing of ANDA No. 211436 infringed U.S. Patent No. 10,842,800 ("the '800 patent") and U.S. Patent No. 10,842,801 ("the '801 patent");

WHEREAS, there is a need to conserve judicial economy and reduce the costs and burdens of litigation on the Court and the parties, including the need to avoid delaying resolution of 18-3632 or avoid conducting two trials;

NOW THEREFORE, Corcept and Teva, by and through their undersigned counsel in this matter, and subject to the Court's approval, stipulate and agree as follows:

1. C.A. Nos. 18-3632 and 23-1505 (the "Consolidated Actions") are consolidated for all purposes;

2. All filings going forward shall be filed in C.A. No. 18-3632, and C.A. No. 23-1505 shall be administratively terminated by the Clerk's office;

3. Any judgment, order, or decision in the Consolidated Actions regarding the validity of the '216 patent shall apply with equal and binding force to the '801 patent;

4.  Any judgment, order, or decision in an appeal of the final judgment of the validity of the '216 patent in the Consolidated Actions shall apply with equal and binding force to the '801 patent; and

5.  The Consolidated Actions shall proceed on the following schedule:

| Date | Event |
|---|---|
| May 12, 2023 | Corcept to submit amended/supplemental Opening expert reports on infringement of the '800 and '801 patents |
| June 12, 2023 | Teva to submit amended/supplemental Rebuttal expert reports on noninfringement of the '800 and '801 patents |
| July 14, 2023 | Expert discovery deadline |
| August 25, 2023 | Final Pretrial Order to be submitted to Court |
| After August 25, 2023 [*subject to Court and counsel availability*] | Final Pretrial Conference with Magistrate Judge Wettre |
| September 6, 2023 | Each party shall submit its pre-trial brief (limited to 30 pages (12-point font, double-spaced) per side) <br><br> The parties agree not to file proposed findings of fact and conclusions of law unless otherwise specifically ordered by the Court. <br><br> Parties file opening Daubert Briefs (limited to 1 motion; 10 pages) and opening motions *in limine* (limited to 3 motions; 5 pages (12-point font, double-spaced) per motion) |
| September 13, 2023 | Parties file rebuttals to any Daubert Briefs (limited to 10 pages) and motions *in limine* (limited to 5 pages (12-point font, double-spaced) per motion) <br><br> The parties agree not to file responses to pre-trial briefs or proposed findings of fact and conclusions of law unless otherwise specifically ordered by the Court. |
| September 20, 2023 | Each party shall submit a list of pre-marked exhibits and a witness list, including the name and address (city and state only) of each potential witness |

| Date | Event |
|---|---|
|  | All trial exhibits must be pre-marked in accordance with each party's exhibit list. The parties shall not send courtesy copies of trial exhibits unless the Court requests them. Counsel shall retain custody of their trial exhibits until closings. |
| September 27 | 4-5 day trial before the Honorable Renée Marie Bumb<br><br>[*subject to Court availability*] |

Dated: May 10, 2023


 s/ William C. Baton
Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey  07102-5426
Tel: (973) 286-6700
clizza@saul.com
wbaton@saul.com

*Attorneys for Plaintiff*
*Corcept Therapeutics, Inc.*

 s/ Liza M. Walsh
Liza M. Walsh
Christine I. Gannon
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Tel: (973) 757-1100
lwalsh@walsh.law
cgannon@walsh.law

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc.*


SO ORDERED:


_____
Hon. Leda D. Wettre, U.S.M.J.